# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Franklin David Jr Harris, *et al.*,

    Plaintiffs,

          v.                     Case No. 1:17cv540

Daniel Cooley, *et al.*,             Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on September 24, 2018 (Doc. 24).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Plaintiffs' Motion for Entry of Default (Doc. 21) is **GRANTED IN PART.** The Clerk shall enter default against Defendants Daniel Cooley and Kaylay Cooley. The Motion (Doc. 21) is **DENIED** without prejudice to review as to Defendant Spraughe consistent with the recommendation by the Magistrate Judge. Plaintiffs' Motion for Entry of Default (Doc. 23) is **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

                                    *s/Michael R. Barrett*
                                    Michael R. Barrett, Judge
                                    United States District Court